# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE WEBB,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 21-5049 |
| **v.** | : | |
| | : | |
| **FITNESS HOLDINGS NORTHEAST LLC** | : | |
| | : | |
| *Defendant* | : | |

## CIVIL JUDGMENT

**AND NOW**, this 31st day of May 2022, it appearing that an Arbitration Award was entered on April 28, 2022, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo, it is hereby **ORDERED** that, in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, **JUDGMENT** is entered in favor of Defendant Fitness Holdings Northeast, LLC and against Plaintiffs Mr. & Ms. Webb.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*